UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60661- Dimitrouleas/Snow

PRASANT SHAH, Individually and on Behalf of All Others Similarly Situtated,

 Plaintiffs,

v.

DS HEALTHCARE GROUP, INC., DANIEL KHESIN, RENEE BARCH-NILES, DIANNE ROSENFELD, KARL SWEIS, and MICHAEL POPE,

 Defendants.
_____/

## DS HEALTHCARE GROUP, INC.'S NOTICE OF FILING AFFIDAVIT OF SERVICE ON DANIEL KHESIN

PLEASE TAKE NOTICE that Defendant, DS Healthcare Group, Inc., by and through undersigned counsel, hereby submits the attached Affidavit of Service of Verifications to Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction on Daniel Khesin on April 6, 2016.

              Respectfully submitted,

              **FOX ROTHSCHILD LLP**
              *Counsel for*
              One Biscayne Tower, Suite 2750
              2 S. Biscayne Blvd.
              Miami, Florida 33131
              Telephone: (305) 442-6547
              Facsimile:  (305) 442-6541

              By: *s/Joseph A. DeMaria*
               **Joseph A. DeMaria, B.C.S.**
               Florida Bar No. 764711
               Email: jdemaria@foxrothschild.com
                 mmiller-hayle@foxrothschild.com

and

**Ernest Badway**
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY, 10017
Telephone: (212) 878-7986
Facsimile:  (212) 692-0940

## CERTIFICATE OF SERVICE

I hereby certify that on **April 8, 2016**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/Joseph A. DeMaria*
          Joseph A. DeMaria

## SERVICE LIST
### (CASE NO. 16-CV-60661- DIMITROULEAS/SNOW)

*Via CM/ECF*
**LAURENCE ROSEN, ESQ.**
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10116
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

**FRANK F. OWEN, ESQ.**
Frank F. Owen & Associates, P.A.
1091 Ibis Avenue
Miami Springs, Florida 33166-3213
Telephone: (954) 864-8000
Facsimile:  (305) 602-3969

*Counsel for Castle Palms Networking and Byron Owen*

*Via E-Mail*
Rose M. Schindler, Esq.
Greenspoon Marder
One Boca Place, Suite 400-E
2255 Glades Road
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile:  (561) 807-7529
Email: rose.schindler@gmlaw.com

*Counsel for Daniel Khesin*

United States District Court - Southern District of Florida

| | |
|---|---|
| PRASANT SHAH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUTATED<br><br>Plaintiff(s)<br>v.<br>DS HEALTHCARE GROUP, INC. DANIEL KHESIN, RENEE BARCHNILES, DIANNE ROSENFELD, KARL SWEIS AND MICHAEL POPE<br><br>Defendant(s) | Case No.: 16-CV-60661-Dimtrouleas/Snow<br><br>ATTY:<br>Joseph DeMaria, Fox Rothschild LLP<br>One Bicayne Tower, 2 S. Biscayne Blvd., Suite 2750<br>Miami, FL 33131 |

## AFFIDAVIT OF SERVICE

Received by S & S Legal Services on April 06, 2016 at 12:30 PM a Verified Emergency Motion For Temporaray Restraining Order and Preliminary Injunction to be served on Daniel Khesin, DS Healthcare Group, Inc. at 1601 Green Road, Unit C, Pompano, Beach, Florida.

I, Chris Scudder, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Florida. That on April 06, 2016 at 2:10 PM at 1601 Green Road, Unit C, Pompano, Beach, Florida, deponent served the within Verified Emergency Motion For Temporaray Restraining Order and Preliminary Injunction on Daniel Khesin, DS Healthcare Group, Inc., therein named.

Gender: Male    Race/Skin: White    Hair: Black    Glasses: No    Age: 48    Height: 6'0    Weight: 180

INDIVIDUAL: By delivering a true copy of each to said personally, the person so served identified him or herself to Deponent as such.

COMMENTS:

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Chris Scudder, Lic. #1136

ID: 16-008907                                                                                                                    Client Reference: 156821

S&S Legal Services • 6586 Hypoluxo Road, #312, Lake Worth, Florida 33467 • (561) 351-3310