## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60661- Dimitrouleas/Snow

PRASANT SHAH, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

DS HEALTHCARE GROUP, INC.,
DANIEL KHESIN, RENEE BARCHNILES,
DIANNE ROSENFELD, KARL
SWEIS, and MICHAEL POPE,

    Defendants.

_____/

### NOTICE OF FILING DECLARATION OF DANIEL KHESIN

    Defendant Daniel Khesin hereby gives notice of filing the attached Declaration of Daniel Khesin.

Dated: April 12, 2016

Respectfully Submitted,

**GREENSPOON MARDER, P.A.**

By: /s/ *Daniel C. Mazanec*
DANIEL C. MAZANEC
Florida Bar No.: 88737
daniel.mazanec@gmlaw.com
ROY TAUB
Florida Bar No.: 116263
Roy.Taub@gmlaw.com
CHRISTINA GUZMAN
Florida Bar No.: 68928
Christina.Guzman@gmlaw.com
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Tel.: (305)789-2770
Fax: (305)537-3950

**SCHOEPPL & BURKE, P.A.**

By: /s/ *Carl F. Schoeppl*
CARL F. SCHOEPPL
Florida Bar No.: 818518
4651 North Federal Highway
Boca Raton, FL 33431-5133
Tel:(561)394-8301
Fax: (561)394-3121
carl@schoepplburke.com

CASE NO. 16-cv-60661- Dimitrouleas/Snow

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2016, I served the foregoing Notice of Filing Declaration of Daniel Khesin by CM/ECF to all counsel of record.

/s/ *Daniel C. Mazanec*
DANIEL C. MAZANEC

2

## DECLARATION OF DANIEL KHESIN

1. My name is Daniel Khesin. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 4,211,173 shares of DS Healthcare Group, Inc. (the "Shares"), of which 825,000 are collateralized, leaving 3,386,173 uncollateralized shares. The uncollateralized shares represent 15.29% of the outstanding voting shares of DS Healthcare Group, Inc.

4. Attached as Exhibit A is evidence of my valid and bona fide ownership interest in DS Healthcare Group, Inc.

5. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of April, 2016, in Fort Lauderdale, Florida.

_____
Daniel Khesin

# TOTAL HOLDER
*VSTOCK TRANSFER*
Effective: 03/10/2016



| ACCOUNT NAME: | ACCOUNT ADDRESS: | ACCOUNT #: 77-21 |
|---|---|---|
| DANIEL KHESIN | 1680 MERIDAN AVE | ALPHASORT: KHESIN,DANIEL |
| | MIAMI BEACH, FL 33139 | TAX ID: |
| | | WITHHOLDING STATUS: MISSING TIN |
| | | 09/26/2009 |
| PHONE: | EMAIL: | |

ISSUE NAME: DS HEALTHCARE GROUP, INC.  TICKER: DSKX
CUSIP: 23336Q109

TOTAL POSITION SHARES: 2,696,448

| Certificate Numbers | Issue Date | Cancel Date | Denomination | |
|---|---|---|---|---|
| 1042 | 09/26/2009 | 09/26/2011 | 47,860,998 | |
| 1168 | 09/26/2011 | 11/30/2012 | 43,694,475 | STOP |
| 1416 | 10/09/2013 | 01/23/2014 | 550,000 | |
| 1455 | 02/12/2014 | 06/11/2015 | 4,369,448 | |
| 1552 | 06/11/2015 | 06/30/2015 | 2,869,448 | |
| REV.1168 | 11/30/2012 | 02/12/2014 | 4,369,448 | |
| | | Total Certificated Shares: | 0 * | |

| Book-Entry | Issue Date | Cancel Date | Denomination |
|---|---|---|---|
| * RSTR * | 06/30/2015 | | 2,696,448 |
| * RSTR * | | 06/15/2015 | -1,500,000 |
| * RSTR * | 06/15/2015 | | 1,500,000 |
| * BOOK * | | 09/26/2009 | -1,639,002 |
| * BOOK * | 09/26/2009 | | 1,639,002 |
| | | | 2,696,448 |
| | | Total Book Shares: | 2,696,448 * |

PROXY INFORMATION

(519-35) DS HEALTHCARE 2013 ANNUAL MEETING           ** NOT VOTED **
                                                                            4,369,448

(716-40) DS HEALTHCARE 1.12.2015                      ** NOT VOTED **
                                                                            4,369,448

(1,397-38) DS HEALTHCARE 2016 ANNUAL MEETING
   02/11/2016       YYYYY                                                   2,696,448
                    AT:02/16/2016 10:27 am BY:7 IN:1,748/2

| SHARES | COST | PURCHASE DATE | MARKET VALUE | PROCEEDS | SALE DATE | GIFT DATE | GIFT FMV |
|---|---|---|---|---|---|---|---|
| 2,696,448.0000 | 0.00 | 09/26/2011 | 4,098,600.96 | | | | 0.00 |
| 2,696,448.0000 | 0.00 | | 4,098,600.96 | | | | |

Generated by DANIEL SANICOLA                                                        1
On 3/10/16 at 2:01PM EST



# OPPENHEIMER

**Oppenheimer & Co. Inc.**
85 Broad Street
New York, NY 10004
(212) 668-8000
Transacts Business on All Principal Exchanges

## STATEMENT OF ACCOUNT

| Page | Account Number | Financial Advisor | Period Ending |
|---|---|---|---|
| 3 of 4 | G24-186315? | KHORASSANI, M - Q8? | 09/30/15 |

DANIEL KHESIN
17689 MIDDLEBROOK LN
BOCA RATON FL 33496

## Portfolio Holdings

Some prices, current values and income estimates may be approximations, resulting in gains and losses not being accurately reflected. Unrealized gains and/or losses are computed from the supplied cost basis data and may not be accurate for tax reporting purposes. Items for which a cost basis was not available as of the statement period ending date are indicated by the symbol N/A. The total gains and/or losses do not reflect positions which we do not have cost information. Please contact your Financial Advisor if you believe any cost basis related data is inaccurate or if you require additional information.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") are estimates only and do not indicate actual income or performance of investments. EAI and EY for certain types of securities could include a return of principal or capital gains, in which case the EAI and EY would be overstated. As EAI and EY are estimates, the actual income and yield might be lower or higher than the estimated amounts. EY reflects only the income generated by an investment and it does not reflect changes in its price, which may fluctuate.

## Equities

### Common Stock

Please note the following icon  appears to the right of the stock symbol of those securities which Oppenheimer has provided research coverage. If you wish to access such research you may visit the Client Access web site (www.opco.com) or speak with your Financial Advisor.

| Description | Account Type | Quantity | Symbol | Unit Cost | Current Price | Total Cost Basis | Current Value | Unrealized Gain/(Loss) | EY | EAI | Portfolio Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DS HEALTHCARE GROUP INC | (L) CASH | 675,000 | DSKX | N/A | 2.44000 | N/A | 1,647,000.00 | N/A | | | 100.00 |
| SUB-TOTAL COMMON STOCK | | | | | | 0.00 | 1,647,000.00 | 0 | | | 100.00 |
| TOTAL EQUITIES | | | | | | 0.00 | 1,647,000.00 | 0 | | | 100.00 |

COMMON STOCK HOLDINGS SUMMARY BY INDUSTRY CODE

(L) 100% HEALTHCARE

### Total Portfolio Holdings

| | Total Cost Basis | Current Value | Unrealized Gain/(Loss) | EY | EAI | Portfolio Percent |
|---|---|---|---|---|---|---|
| | $0.00 | $1,647,000.00 | $0 | 0.000% | 0 | 100% |

SIPC