# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60661- Dimitrouleas/Snow

PRASANT SHAH, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

DS HEALTHCARE GROUP, INC.,
DANIEL KHESIN, RENEE BARCHNILES,
DIANNE ROSENFELD, KARL
SWEIS, and MICHAEL POPE,

    Defendants.

_____/

## NOTICE OF FILING ADDITIONAL DECLARATIONS OF SHAREHOLDERS

Defendant Daniel Khesin hereby gives notice of filing the attached Additional Declarations of Shareholders.

Dated: April 12, 2016                                Respectfully Submitted,

**GREENSPOON MARDER, P.A.**              **SCHOEPPL & BURKE, P.A.**

By: /s/ *Daniel C. Mazanec*                  By: /s/ *Carl F. Schoeppl*
DANIEL C. MAZANEC                      CARL F. SCHOEPPL
Florida Bar No.: 88737                        Florida Bar No.: 818518
daniel.mazanec@gmlaw.com              4651 North Federal Highway
ROY TAUB                                       Boca Raton, FL  33431-5133
Florida Bar No.: 116263                       Tel:(561)394-8301
Roy.Taub@gmlaw.com                      Fax: (561)394-3121
CHRISTINA GUZMAN                      carl@schoepplburke.com
Florida Bar No.: 68928
Christina.Guzman@gmlaw.com
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Tel.: (305)789-2770
Fax: (305)537-3950

CASE NO. 16-cv-60661- Dimitrouleas/Snow

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2016, I served the foregoing Notice of Filing Additional Declarations of Shareholders by CM/ECF to all counsel of record.

/s/ *Daniel C. Mazanec*
DANIEL C. MAZANEC

## DECLARATION OF DAWOOD YEUNG

1. My name is Dawood Yeung. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 110,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing .4966% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of three months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12TH day of April, 2016, in _____, HONG KONG.

_____
Dawood Yeung

## DECLARATION OF KWOK GIAT HON EDDIE

1. My name is Kwok Giat Hon Eddie. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 365,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.6480% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of three months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of April, 2016, in ___Hong Kong___.

_____
Kwok Giat Hon Eddie

# DECLARATION OF ROBERT GORDON

1. My name is Robert Gordon. I am over 21 years of age and am otherwise compe[tent to] testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 30,099 shares of DS Healthcare Group, Inc. (the "Shares"), represen[ting] .1359% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Da[niel] Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the inter[nal] investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and [the] allegations that Mr. Khesin and others had engaged in improper conduct in connection with [the] company. I was also aware that the then-board of directors had attempted to terminate [Mr.] Khesin's employment. These issues were also public record because of the SEC filings [and] other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the bo[ard] of directors and resume control of the company, adequately represent the interests of [the] shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of April, 2016, in Aleen, Florida.

_____
Robert Gordon

## DECLARATION OF IMTIAZ KHAN

1. My name is Imtiaz Khan. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 150,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing .6772% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of April, 2016, in 2016, _____.

_____
Imtiaz Khan

## DECLARATION OF RAANA KHAN

1. My name is Raana Khan. I am over 21 years of age and am otherwise competent testify.

2. I am a principal at Meyers Corp. ("Shareholder"), which is a shareholder of DS Healthcare Group, Inc.

2. The Shareholder holds 100,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing .4515% of the outstanding voting shares of DS Healthcare Group, Inc.

3. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

4. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

5. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

6. I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of April, 2016, in _____, _____.

_____
Raana Khan, Meyers Corp.

## DECLARATION OF KENT G. GRIFFETH

1. My name is Kent G. Griffeth. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 266,980 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.2054% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of April, 2016, in  SLC   ,  Utah   .

_Kent G. Griffeth_
Kent G. Griffeth