# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60661- Dimitrouleas/Snow

PRASANT SHAH, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

DS HEALTHCARE GROUP, INC.,
DANIEL KHESIN, RENEE BARCHNILES,
DIANNE ROSENFELD, KARL
SWEIS, and MICHAEL POPE,

    Defendants.
_____/

## NOTICE OF FILING ADDITIONAL DECLARATIONS OF SHAREHOLDERS

Defendant Daniel Khesin hereby gives notice of filing the attached Additional Declarations of Shareholders.

Dated: April 13, 2016

Respectfully Submitted,

**GREENSPOON MARDER, P.A.**

By: /s/ *Daniel C. Mazanec*
DANIEL C. MAZANEC
Florida Bar No.: 88737
daniel.mazanec@gmlaw.com
ROY TAUB
Florida Bar No.: 116263
Roy.Taub@gmlaw.com
CHRISTINA GUZMAN
Florida Bar No.: 68928
Christina.Guzman@gmlaw.com
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Tel.: (305)789-2770
Fax: (305)537-3950

**SCHOEPPL & BURKE, P.A.**

By: /s/ *Carl F. Schoeppl*
CARL F. SCHOEPPL
Florida Bar No.: 818518
4651 North Federal Highway
Boca Raton, FL 33431-5133
Tel:(561)394-8301
Fax: (561)394-3121
carl@schoepplburke.com

**CASE NO. 16-cv-60661- Dimitrouleas/Snow**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 13, 2016, I served the foregoing Notice of Filing Additional Declarations of Shareholders by CM/ECF to all counsel of record.

            /s/ *Daniel C. Mazanec*
            DANIEL C. MAZANEC

## DECLARATION OF ROBERT G. GRIFFITH

1. My name is Robert G. Griffith. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 271,574 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.2261% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of April, 2016, in Widowee, ALABAMA.

_____
Robert G. Griffith

## DECLARATION OF ZHONG AIQUN

1. My name is Zhong Aiqun. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 38,676 shares of DS Healthcare Group, Inc. (the "Shares"), representing .1746% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of April, 2016, in _____, _____.

_____
Zhong Aiqun

## DECLARATION OF ZHAO LONG

1. My name is Zhao Long. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 233,337 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.0535% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of April, 2016, in _____, _____.

_____
Zhao Long

## DECLARATION OF CHIU YIN KWAN

1. My name is Chiu Yin Kwan. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 271,397 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.2253% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of April, 2016, in _____, _____.

_____
Chiu Yin Kwan

## DECLARATION OF ZHU HUIQING

1. My name is Zhu Huiqing. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 215,661 shares of DS Healthcare Group, Inc. (the "Shares"), representing .9737% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of April, 2016, in _____.

_____
Zhu Huiqing

## DECLARATION OF ZHAO WEIBIN

1. My name is Zhao Weibin. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 32,300 shares of DS Healthcare Group, Inc. (the "Shares"), representing .1458% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of April, 2016, in _____, _____.

_____
Zhao Weibin

## DECLARATION OF LIU XIANGYAO

1. My name is LIU Xiangyao. I am over 21 years of age and am otherwise competent testify.

2. I am a principal at Ricofeliz Investment Ltd. ("Shareholder"), which is a shareholder of DS Healthcare Group, Inc.

3. The Shareholder holds 497,992 shares of DS Healthcare Group, Inc. (the "Shares"), representing 2.25% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of April, 2016, in _____, _____.

_____
Dominic Sin, Ricofeliz Investment Ltd.

## DECLARATION OF I Ay Cheung

1. My name is I Ay Cheung. I am over 21 years of age and am otherwise competent testify.

2. I am a principal at DS Healthcare HK Limited ("Shareholder"), which is a shareholder of DS Healthcare Group, Inc.

2. The Shareholder holds 800,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing 3.6120% of the outstanding voting shares of DS Healthcare Group, Inc.

3. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

4. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

5. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

6. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of April, 2016, in Hongkong China

*For and on behalf of*
~~DS HEALTHCARE HK LIMITED~~

I Ay Cheung, DS Healthcare HK Limited

## DECLARATION OF DENNY LENZ

1. My name is Denny Lenz. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 153,085 shares of DS Healthcare Group, Inc. (the "Shares"), representing .6912% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.
Signed this 12th day of April, 2016, in Pomeroy, Iowa.

_____
Denny Lenz

## DECLARATION OF CHANG FEI FU

- My name is Chang Fei Fu. I am over 21 years of age and am otherwise competent testify.

- I am a shareholder of DS Healthcare Group, Inc.

- I hold 200,000 shares of DS Healthcare Group, Inc. (the "Shares"), representing .9030% of the outstanding voting shares of DS Healthcare Group, Inc.

- On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of three months.

- At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

- I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

- I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of April, 2016, in Hong Kong, China.

_____
Chang Fei Fu

## DECLARATION OF CHAN MO CHING

- My name is Chan Mo Ching. I am over 21 years of age and am otherwise competent testify.

- I am a shareholder of DS Healthcare Group, Inc.

- I hold 70,603 shares of DS Healthcare Group, Inc. (the "Shares"), representing .3188% of the outstanding voting shares of DS Healthcare Group, Inc.

- On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of three months.

- At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

- I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

- I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of April, 2016, in Hong Kong, China.

_____
Chan Mo Ching

## DECLARATION OF MARK W. ADAMS

1. My name is Mark W. Adams. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 253,143 shares of DS Healthcare Group, Inc. (the "Shares"), representing 1.1429% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of April, 2016, in Marshall, TX.

_____
Mark W. Adams

## DECLARATION OF KAN PENG IEONG/NOI U LEONG

- My name is Kan Peng Ieong/Noi U Leong. I am over 21 years of age and am otherwise competent testify.

- I am a shareholder of DS Healthcare Group, Inc.

- I hold 735,834 shares of DS Healthcare Group, Inc. (the "Shares"), representing 3.3222% of the outstanding voting shares of DS Healthcare Group, Inc.

- On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

- At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

- I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

- I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of April, 2016, in   Macau  ,  China  .

_____
Kan Peng Ieong/Noi U Leong

1

## DECLARATION OF KAN PENG IEONG

- My name is Kan Peng Ieong. I am over 21 years of age and am otherwise competent testify.

- I am a shareholder of DS Healthcare Group, Inc.

- I hold 97,517 shares of DS Healthcare Group, Inc. (the "Shares"), representing .4403% of the outstanding voting shares of DS Healthcare Group, Inc.

- On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

- At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

- I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

- I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of April, 2016, in __Macau__ , __China__ .

_[signature: 楊根平]_

_____
Kan Peng Ieong

1

## DECLARATION OF TREVOR R. ASHMORE

1. My name is Trevor R. Ashmore. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 135,867 shares of DS Healthcare Group, Inc. (the "Shares"), representing .6134% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of April, 2016, in Somerset, England, UK.

_____
Trevor R. Ashmore

## DECLARATION OF WAI IENG IEONG

- My name is Wai Ieng Ieong. I am over 21 years of age and am otherwise competent testify.

- I am a shareholder of DS Healthcare Group, Inc.

- I hold 124,860 shares of DS Healthcare Group, Inc. (the "Shares"), representing .5637% of the outstanding voting shares of DS Healthcare Group, Inc.

- On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

- At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

- I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

- I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of April, 2016, in __Macau__, __China__.

_____
Wai Ieng Ieong

# DECLARATION OF Alexander Khesin

1. My name is Alexander Khesin. I am over 21 years of age and am otherwise competent testify.

2. I am a shareholder of DS Healthcare Group, Inc.

3. I hold 15,000 shares of DS Healthcare Group, Inc.(the "Shares"), representing .012% of the outstanding voting shares of DS Healthcare Group, Inc.

4. On or about March 29, 2016, I signed a Voting Agreement transferring to Daniel Khesin all of the voting rights of the Shares for a period of six months.

5. At the time I signed the Voting Agreement, I was aware of the internal investigation initiated by the then-board of directors of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had

of DS Healthcare Group, Inc., and the allegations that Mr. Khesin and others had engaged in improper conduct in connection with the company. I was also aware that the then-board of directors had attempted to terminate Mr. Khesin's employment. These issues were also public record because of the SEC filings and other press releases made by the then-board of directors.

6. I signed the Voting Agreement in order to allow Mr. Khesin to replace the board of directors and resume control of the company, adequately represent the interests of the shareholders, and restore stability to the company and the value of its stock.

7. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of April, 2016, in Long Beach NY.

_____
Alexander Khesin