# UNITED STATES DISTRICT COURT

**Southern** DISTRICT OF **Florida**

## EXHIBIT AND WITNESS LIST

**Present Shah** v. **DS Healthcare**

Case Number: 16-60661

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dimitrouleas | Rosen | Demaria, Mazenec |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/13/16 | Gizella Baan-Proulx | Stephanie Greene |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/13 | | | W-1 Daniel Khesin / Voting agreement |
| | 2 | 4/13 | | | 13-D form |
| | 3 | 4/13 | | | Bylaws |
| | 4 | 4/13 | | | 14A Proxy statement, 4/4/16 |
| | 5 | 4/13 | | | affidavits |
| | 6 | 4/13 | | | Employment Agreement |
| | 7 | 4/13 | | | W-2 Michael Pope [DE 19-16] |
| | | | | | W-3 Gregory Ross |
| | | | | | W-4 Renee Bauch-Niles |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages