UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60661-CIV-DIMITROULEAS

PRASANT SHAH, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiffs,

vs.

DS HEALTHCARE GROUP, INC., DANIEL
KHESIN, RENEE BARCH-NILES, DIANNE
ROSENFELD, KARL SWEIS, and MICHAEL
POPE,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 20] (the "Motion"), filed herein on April 12, 2016. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

The movant requests this Court to admit Ernest E. Badway, Esq. of the law firm of Fox Rothschild LLP, to appear *pro hac vice* as co-counsel on behalf of Defendant DS Healthcare Group, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ernest E. Badway, Esq. to receive electronic filings in this case. On April 15, 2016, the Court granted a Motion to Terminate Fox Rothschild LLP as counsel for DS Healthcare Group, Inc.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 20] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of April 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record