UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CIV-60661-Ddimitrouleas/Snow

PRASANT SHAH, individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

    v.

DS HEALTHCARE GROUP, INC.,
DANIEL KHESIN, RENEE BARCHNILES,
DIANNE ROSENFELD, KARL SWEI
AND MICHAEL POPE,

    Defendants.
_____/

## NOTICE OF STRIKING D.E. 38 & D.E. 39

    Defendants, DS Healthcare Group, Inc. and Daniel Khesin, give notice of striking Docket Entry 38 and Docket Entry 39, Notice of Appearance of Andrew R. Kruppa and Notice of Appearance of Alvin B. Davis, respectively, which were inadvertently e-filed to the wrong case. The Notices of Appearance will be re-filed immediately to the correct case.

Dated: May 2, 2016

*Respectfully submitted,*

*/s/ Andrew R. Kruppa*
*Andrew R. Kruppa*
*Florida Bar Number 63958*
*Alvin B. Davis*
*Florida Bar Number 218073*
*Squire Patton Boggs (US) LLP*
*200 South Biscayne Blvd., Ste. 4700*
*Miami, FL 33131*
*Telephone: (305) 577-7000*
*Facsimile: (305) 577-7001*
*Email: andrew.kruppa@squirepb.com*
*Email: alvin.davis@squirepb.com*
*Email: WPB_DCKT@squirepb.com*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2016, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document has been served upon the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrew R. Kruppa*
Andrew R. Kruppa