UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CIV-60661-Dimitrouleas/Snow

PRASANT SHAH, individually and on
behalf of all others similarly situated,

    Plaintiffs,

Vs.

DS HEALTHCARE GROUP, INC.,
DANIEL KHESIN, RENEE BARCHNILES,
DIANNE ROSENFELD, KARL
SWEIS, AND MICHAEL POPE,

    Defendants.

_____/

## CONSENT ORDER GRANTING
## SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that, subject to approval by the court, Defendant DANIEL KHESIN substitutes Squire Patton Boggs (US), LLP as counsel of record in place of the law firm of Schoeppl & Burke, P.A.

Contact information for new counsel is as follows:

Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: +1 305 577 7021
Facsimile: +1 305 577 7001
Alvin B. Davis, Esq.
Florida Bar No. 218073
Alvin.davis@squirepb.com
Andrew R. Kruppa, Esq.
Florida Bar No. 63958
Andrew.kruppa@squirepb.com
Jonathan R. Weiss, Esq.
Florida Bar No. 057904
Jonathan.weiss@squirepb.com

The parties to this Stipulation consent to the entry of an Order granting substitution.

_____  Date: __06/19/2016__
DANIEL KHESIN

_Carl F. Schoeppl_  Date: __06/06/16__
Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 N. Federal Highway
Boca Raton, FL 33431-5133


_____  Date: _____
Alvin B. Davis, Esq.
Florida Bar No. 218073
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard
Suite 4700
Miami, FL  33131


**The substitution of counsel is hereby approved and so ORDERED.**

Date: _____                  _____
                                  **Judge William P. Dimitrouleas**

The parties to this Stipulation consent to the entry of an Order granting substitution.

_____  Date: _____
DANIEL KHESIN

*Carl F. Schoeppl*  Date: 06/06/16
_____
Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 N. Federal Highway
Boca Raton, FL 33431-5133

_____  Date: 6/6/16
Alvin B. Davis, Esq.
Florida Bar No. 218073
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard
Suite 4700
Miami, FL  33131

**The substitution of counsel is hereby approved and so ORDERED.**

Date: _____          _____
                          **Judge William P. Dimitrouleas**