UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60661-CIV-DIMITROULEAS

In re DS Healthcare Group, Inc.
Securities Litigation
_____/

## OMNIBUS ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND TIME PERIODS AND VACATING ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon the *Second* Joint Motion for Extension of Time for Briefing Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion") [DE 62], filed herein on December 16, 2016. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Order to Show Cause [DE 61] is **VACATED;**

2. The Motion [DE 62] is hereby **GRANTED IN PART;** and

3. All remaining requests for extensions of future deadlines are **DENIED without prejudice** as premature.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of December 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to
Counsel of record