UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60661-CIV-DIMITROULEAS

In re DS Healthcare Group, Inc.
Securities Litigation
_____/

## JOINT SCHEDULING REPORT WITH PROPOSED PRETRIAL SCHEDULE

1. **Conference of the Parties:** Pursuant to Local Rule 16.1(b)(1) the parties conducted a telephonic conference, attended by counsel for all parties.

2. **Likelihood of Settlement:** The parties are engaged in active settlement negotiations. It is likely that a settlement can be achieved.

3. **Likelihood of Appearance of Additional Parties**: The parties do not believe it likely that other parties will appear in this action.

4. **Proposed Limits on Time:** The parties agree that the final date for filing motions to join parties or motions to amend the pleadings is April 28, 2017.

5. **Fact Discovery Cut-Off Date**: November 28, 2017.

6. **Expert Disclosures and Reports**: December 28, 2017

7. **Rebuttal Expert Disclosures and Reports**: January 18, 2018.

8. **Completion of Expert Depositions**: February 19, 2018,

9. **Deadline for Mediation**: March 20, 2018.

10. **Filing of Dispositive Motions**: April 30, 2018

11. **Proposals for Formulation and Simplification of the Issues**: The parties will endeavor to simplify issues for trial prior to the final pretrial conference.

12. **Avoidance of Unnecessary Proof and Cumulative Evidence**: The parties will endeavor to obtain admissions of fact and stipulations regarding evidence of fact prior to the final pretrial conference.

13. **Referrals to the Magistrate Judge**: The parties agree to refer discovery issues to the Magistrate Judge.

14. **Preliminary Estimate of Time Required for Trial**: Eight to ten trial days.

15. **Conferences**: The parties will be ready for a final pretrial conference any time after March 1, 2018 and for trial thereafter in accordance with the Court's availability.

Dated: March 8, 2017

/s/ Alvin B. Davis
Alvin B. Davis, Esq.,
Florida Bar No. 218073
Alvin.davis@squirepb.com
Andrew R. Kruppa, Esq.
Florida Bar No. 63958
Andrew.kruppa@squirepb.com
Squire Patton Boggs (US) LLP
Suite 4700
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-2835
Fax: 305-577-7001

*Attorneys for Defendant DS Healthcare And Daniel Khesin*

/s/ Tracy A. Nichols
Tracy A. Nichols, Esq.
Florida Bar No. 454567
tracy.nichols@hklaw.com
Louise McAlpin, Esq.
Florida Bar No. 983810
louise.mcalpin@hklaw.com
Holland & Knight LLP
Suite 3300
701 Brickell Avenue
Miami, Florida 33131
Telephone: 305-374-8500
Fax: 305-789-7799

*Attorneys for Defendants Renee Barch-Niles, Dianne Rosenfeld, Karl Sweis and Michael Pope*

/s/ Laurence Rosen
Laurence Rosen, Esq.
Florida Bar No. 0182877
lrosen@rosenlegal.com
Jonathan Horne, Esq.
jhorne@rosenlegal.com
The Rosen Law Firm, P.A.
34th Floor
275 Madison Avenue
New York, New York 10116
Telephone: 212-686-1060
Fax: 212-202-3827

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60661-CIV-DIMITROULEAS

In re DS Healthcare Group, Inc.
Securities Litigation
_____/

## JOINT PROPOSED SCHEDULING ORDER

    A.    Case Track - The Parties believe that this case should be assigned to the Standard Track.

    B.    Agreed Discovery Schedule

        1.    Fact discovery to be completed by November 28, 2017.

        2.    Initial expert disclosures and reports to be exchanged by December 28, 2017.

        3.    Rebuttal expert disclosures and reports to be exchanged by January 18, 2018.

        4.    Expert depositions to be completed by February 19, 2018.

        5.    Mediation shall be conducted prior to March 20, 2018.

    C.    There are presently no agreements or issues among the parties regarding the preservation, disclosure or discovery of documents, electronically stored information or things.

    D.    The parties will enter into standard stipulations regarding privileged or confidential information, including final disposition following trial.

    E.    Additional parties shall be joined and pleadings shall be amended no later than April 28, 2017.

    F.    All pretrial motions shall be filed by _____.

    G.    All pretrial motions shall be resolved by the Court by _____.

    H.    The parties will rely on the Manual for Complex Litigation as required and see no need at this time for any rule variations.

I.   A pretrial conference, if one is to be held, shall take place on _____.

J.   Trial shall commence on _____.

Respectfully Submitted,

/s/ Alvin B. Davis
Alvin B. Davis, Esq.,
Florida Bar No. 218073
Alvin.davis@squirepb.com
Andrew R. Kruppa, Esq.
Florida Bar No. 63958
Andrew.kruppa@squirepb.com
Squire Patton Boggs (US) LLP
Suite 4700
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-2835
Fax: 305-577-7001

*Attorneys for Defendant DS Healthcare And Daniel Khesin*

/s/ Tracy A. Nichols
Tracy A. Nichols, Esq.
Florida Bar No. 454567
tracy.nichols@hklaw.com
Louise McAlpin, Esq.
Florida Bar No. 983810
louise.mcalpin@hklaw.com
Holland & Knight LLP
Suite 3300
701 Brickell Avenue
Miami, Florida 33131
Telephone: 305-374-8500
Fax: 305-789-7799

*Attorneys for Defendants Renee Barch-Niles, Dianne Rosenfeld, Karl Sweis and Michael Pope*

/s/ Laurence Rosen
Laurence Rosen, Esq.
Florida Bar No. 0182877
lrosen@rosenlegal.com
Jonathan Horne, Esq.
jhorne@rosenlegal.com
The Rosen Law Firm, P.A.
34th Floor
275 Madison Avenue
New York, New York 10116
Telephone: 212-686-1060
Fax: 212-202-3827

*Counsel for Plaintiffs*