UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60661-CIV-DIMITROULEAS

In re DS Healthcare Group, Inc.
Securities Litigation

_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Order and Final Judgment [DE 81] entered on September 29, 2017. The Court has carefully considered the record in this case and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion for Final Approval of Class Action Settlement [DE 77] is **GRANTED**;

2. The Motion for an Award of Attorneys' Fees and Reimbursement of Expenses [DE 78] is **GRANTED**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of September, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

All Counsel of Record

1